DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:11-CV-01133-ECR (CWH) |
| 2009 MERCEDES-BENZ, MODEL SL550 VIN: WDBSK71F39F142690, | ) |
| 2006 FERRARI F430 VIN: ZFFEW58A360149771, | ) |
| 2008 SUPRA 24 SUNSPORT SERIAL NO. ISRSF031A808, | ) |
| 2008 BOAT MATE TRAILER VIN: 5A7BB242X8T002509, | ) |
| 2009 HONDA PILOT EX-L VIN: 5FNYF485X9B050010, | ) |
| Defendants. | ) |

**DEFAULT JUDGMENT OF FORFEITURE**

The United States filed a verified Complaint for Forfeiture in Rem on July 8, 2011.  Docket #1.  The Complaint alleges the defendant properties:

    a.    are involved in transactions or attempted transactions in violation of 18 U.S.C. § 1956, or are properties traceable to such properties, and are subject to seizure pursuant to 18 U.S.C. § 981(b), and are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A);

1        b.       are involved in transactions or attempted transactions in violation of 18 U.S.C.

2               § 1957, or are properties traceable to such properties, and are subject to seizure

3               pursuant to 18 U.S.C. § 981(b), and are subject to forfeiture pursuant to 18

4               U.S.C. § 981(a)(1)(A); and

5        c.       constitute or are derived from proceeds traceable to violations of 18 U.S.C. §

6               1343, a specified unlawful activity as defined in 18 U.S.C. §§ 1956(c)(7)(A)

7               and 1961(1)(B), or a conspiracy to commit such offenses, and are subject to

8               seizure pursuant to 18 U.S.C. § 981(b), and are subject to forfeiture pursuant

9               to 18 U.S.C. § 981(a)(1)(C).

10     It appearing that process was fully issued in this action and returned according to law;

11 On July 18, 2011, the Court entered an Order for Summons and Warrant of Arrest *in Rem* for the

12 Properties and Notice and issued the Summons and Warrant of Arrest *in Rem*. #8, #9, #10, #11, #12,

13 #13, #14, #15, #16.

14     The United States Marshals Service served the Complaint, the Order, the Summons and

15 Warrant of Arrest *in Rem* for the Properties, and the Notice by executing them on the defendant

16 properties.

| Property | Location | Service |
|---|---|---|
| 2008 SUPRA 24 SUNSPORT<br>SERIAL NO. ISRSF031A808 | Apple Towing<br>5720 E. Mineral Road<br>Guadalupe, AZ  85283 | Served 8/5/11<br>11:58 a.m. |
| 2008 BOAT MATE TRAILER<br>VIN: 5A7BB242X8T002509 | Apple Towing<br>5720 E. Mineral Road<br>Guadalupe, AZ  85283 | Served 8/5/11<br>11:59 a.m. |
| 2006 FERRARI F430<br>VIN: ZFFEW58A360149771 | Apple Towing<br>5720 E. Mineral Road<br>Guadalupe, AZ  85283 | Served 8/5/11<br>11:57 a.m. |
| 2009 MERCEDES-BENZ, MODEL SL550<br>VIN: WDBSK71F39F142690 | Apple Towing<br>5720 E. Mineral Road<br>Guadalupe, AZ  85283 | Served 8/5/11<br>11:56 a.m. |
| 2009 HONDA PILOT EX-L<br>VIN: 5FNYF485X9B050010 | Action Towing Dive Team<br>2822 E. California<br>Fresno, CA  93721 | Served 8/15/11 |

25 #27, #29.

26     The United States Marshals Service served the Complaint, the Order, the Summons and

Warrant of Arrest *in Rem* for the Properties, and the Notice by executing them on the following potential claimants:

| Who Served: | Where / How Served: | Method: | Docket # |
|---|---|---|---|
| Jean Marie Angelos | PO Box 99<br>Applegate, CA  95703 | Reg mailed: 8/3/11<br>Cert Signed: 8/5/11 | #25 |
| Peter Steve Angelos | PO Box 99<br>Applegate, CA  95703 | Reg mailed: 8/3/11<br>Cert Signed: 8/5/11 | #26 |
| David Robert Damante | through his attorney:<br>Thomas M. Baker, PLC<br>Baker & Baker<br> Bldg No. 10<br>5050 North Eighth Place<br>Phoenix, AZ  85014 | Reg mailed: 8/3/11<br>Cert Signed: 8/5/11 | #23 |
| Lea Denee Damante | through her attorney:<br>Thomas M. Baker, PLC<br>Baker & Baker<br> Bldg No. 10<br>5050 North Eighth Place<br>Phoenix, AZ  85014 | Reg mailed: 8/3/11<br>Cert Signed: 8/5/11 | #24 |
| Kuniyuki Hirota | through his attorney:<br>Andrew Dasiuke Stewart<br>KOSHIBA AGENA & KUBOTA<br>1003 Bishop Street, Ste. 2600<br>Honolulu, HI  96813 | Reg mailed: 8/3/11<br>Cert Signed: 8/8/11 | #28 |
| Toshiharu Kokubun | through his attorney:<br>Andrew Dasiuke Stewart<br>KOSHIBA AGENA & KUBOTA<br>1003 Bishop Street, Ste. 2600<br>Honolulu, HI  96813 | Reg mailed: 8/3/11<br>Cert Signed: 8/8/11 | #28 |
| Debbie Johnson | Personally by USMS at<br>929 Calville Estates Court<br>Henderson, NV  89105 | Served upon Debbie<br>Johnson on 9/19/11<br>    at 2:30 pm. | #31 |
| Doug Johnson | Personally by USMS at<br>929 Calville Estates Court<br>Henderson, NV  89105 | Served upon Debbie<br>Johnson on 9/19/11<br>    at 2:30 pm. | #31 |
| Sean Sinykin | through his attorney:<br>Randall G. Knox<br> 870 Market Street #415<br>San Francisco, CA  94102-3010 | Reg mailed: 8/3/11<br>Cert Signed 8/8/11 | #28 |
| Khanh Nguyen | through her attorney:<br>Randall G. Knox<br> 870 Market Street #415<br>San Francisco, CA  94102-3010 | Reg mailed: 8/3/11<br>Cert Signed: 8/8/11 | #28 |

Public notice of the forfeiture action and arrest was given to all persons and entities by publication on the official government website www.forfeiture.gov from August 11, 2011, through September 9, 2011. #30, p. 2-4.

On September 14, 2011, the Notice of Filing Proof of Publication Process was filed. #30.

No other person or entity has filed a claim, answer, or responsive pleading within the time permitted by 18 U.S.C. § 983(a)(4) and Fed. R. Civ. P. Supp. Rule G(4) and (5).

David Robert Damante is not in the military service within the purview of the Servicemembers Civil Relief Act. Exhibit 1 to #32-1.

The allegations of the Complaint are sustained by the evidence and are adopted as findings of fact. The Court concludes as a matter of law that the United States is entitled to the relief requested in the Complaint.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Default Judgment of Forfeiture be entered against the defendant properties and all persons or entities who claim an interest in the defendant properties in the above-entitled action.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that said properties be, and the same is hereby forfeited to the United States of America, and no right, title, or interest in the properties shall exist in any other party.

IT IS HEREBY CERTIFIED, pursuant to 28 U.S.C. § 2465(a)(2), that there was reasonable cause for the seizure or arrest of the defendant properties.

DATED: November 8, 2011

_Edward C. Reed._
UNITED STATES DISTRICT JUDGE