DANIEL G. BOGDEN
United States Attorney
Nevada Bar No. 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *michael.humphreys@usdoj.gov*
Attorneys for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 2009 MERCEDES-BENZ, MODEL SL550 ) <br> VIN: WDBSK71F39F142690, ) <br> ) <br> 2006 FERRARI F430 ) <br> VIN: ZFFEW58A360149771, ) <br> ) <br> 2008 SUPRA 24 SUNSPORT ) <br> SERIAL NO. ISRSF031A808, ) <br> ) <br> 2008 BOAT MATE TRAILER ) <br> VIN: 5A7BB242X8T002509, ) <br> ) <br> 2009 HONDA PILOT EX-L ) <br> VIN: 5FNYF485X9B050010, ) <br> ) <br> Defendants. ) | Case No. 2:11-cv-1133-APG-CWH |

**<u>DEFAULT JUDGMENT OF FORFEITURE</u>**

## DEFAULT JUDGMENT OF FORFEITURE

The United States filed a verified Complaint for Forfeiture in Rem on July 8, 2011. Complaint, ECF No. 1. The Complaint (ECF No. 1) alleges the defendant properties:

    a.    Are involved in transactions or attempted transactions in violation of 18 U.S.C. § 1956, or are properties traceable to such properties, and are subject to seizure pursuant to 18 U.S.C. § 981(b), and are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A);

    b.    are involved in transactions or attempted transactions in violation of 18 U.S.C. § 1957, or are properties traceable to such properties, and are subject to seizure pursuant to 18 U.S.C. § 981(b), and are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A); and

    c.    constitute or are derived from proceeds traceable to violations of 18 U.S.C. § 1343, a specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7)(A) and 1961(1)(B), or a conspiracy to commit such offenses, are subject to seizure pursuant to 18 U.S.C. § 981(b), and are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

On July 18, 2011, the Court entered the Orders for Summons and Warrant of Arrest in Rem for the Property and Notice and issued the Summonses and Warrants of Arrest in Rem. Orders for Summons and Warrant, ECF No. 8, 10, 12, 14, and 16; Summonses and Warrants, ECF No. 9, 11, 13, 15, and 17.

Pursuant to the Orders (ECF No. 8, 10, 12, 14, and 16), the Complaint (ECF No. 1), the Orders (ECF No. 8, 10, 12, 14, and 16), the Summonses and Warrants (ECF No. 9, 11, 13, 15, and 17), and the Notice of Complaint for Forfeiture (ECF No. 36, p. 35-37) were served on the defendant properties and all persons claiming an interest in the defendant properties. All persons interested in the defendant properties were required to file their claims with the Clerk of the Court no later than 35 days after the notice of this action was sent by mail, followed by the filing of an answer to the Complaint within 21 days after the filing of their respective claims. Complaint, ECF No. 1; Orders for

Summons and Warrant, ECF No. 8, 10, 12, 14, and 16; Summonses and Warrants, ECF No. 9, 11, 13, 15, and 17; Notice of Complaint, ECF No. 36, p. 35-37.

On August 5, 2011, and August 15, 2011, the United States Marshals Service served the Complaint, the Orders, the Summonses and Warrants of Arrest in Rem for the Property, and the Notice by executing them on the defendant properties. Notice of Filing Service of Process, ECF No. 27 and 29.

On October 5, 2013, the United States Marshals Service served the Complaint, the Orders, the Summonses and Warrants of Arrest in Rem for the Property, and the Notice on Robert Johnson by regular mail and certified return receipt mail. Notice of Filing Service of Process, ECF No. 36, p. 3-37.

Public notice of the forfeiture action and arrest was given to all persons and entities by publication on the official government website www.forfeiture.gov from August 11, 2011, through September 9, 2011. Notice of Filing Proof of Publication, ECF No. 30.

No other person or entity has filed a claim, answer, or responsive pleading within the time permitted by 18 U.S.C.§ 983(a)(4) and Fed. R. Civ. P. Supp. Rule G(4) and (5).

On November 22, 2013, the United States filed a Motion for Entry of Clerk's Default against the defendant property and all persons or entities who claim an interest in the defendant property in the above-entitled action. Motion for Entry of Clerk's Default, ECF No. 38.

On November 26, 2013, the Clerk of the Court entered a Default against the defendant property and all persons or entities who claim an interest in the defendant property in the above-entitled action. Clerk's Entry of Default, ECF No. 39.

Claimant is not in the military service within the purview of the Servicemen's Civil Relief Act of 2003. Status Report Pursuant to Servicemembers Civil Relief Act.

The allegations of the Complaint are sustained by the evidence and are adopted as findings of fact. The Court concludes as a matter of law that the United States is entitled to the relief requested in the Complaint.

. . .

1  NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Default Judgment of Forfeiture be entered against (1) 2009 MERCEDES-BENZ, MODEL SL550 VIN: WDBSK71F39F142690; 2006 FERRARI F430 VIN: ZFFEW58A360149771; 2008 SUPRA 24 SUNSPORT SERIAL NO. ISRSF031A808; 2008 BOAT MATE TRAILER VIN: 5A7BB242X8T002509; 2009 HONDA PILOT EX-L VIN: 5FNYF485X9B050010; (2) Robert Johnson; and (3) all other persons and entities having an interest in the defendant property in the above-entitled action.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that said property be, and the same is hereby forfeited to the United States of America, and no right, title, or interest in the property shall exist in any other party.

IT IS HEREBY CERTIFIED, pursuant to 28 U.S.C. § 2465(a)(2), that there was reasonable cause for the seizure or arrest of the defendant property.

_____
UNITED STATES DISTRICT JUDGE

DATED: January 16, 2014

4