1  DANIEL G. BOGDEN
United States Attorney
2  Nevada State Bar No. 2137
MICHAEL A. HUMPHREYS
3  Assistant United States Attorney
Lloyd D. George United States Courthouse
4  333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
5  Telephone: (702) 388-6336
Facsimile: (702) 388-6787
6  Counsel for Plaintiff

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10  UNITED STATES OF AMERICA,                 )
                                              )
11                Plaintiff,                  )
                                              )
12        v.                                  )   2:11-CV-1133-APG-(CWH)
                                              )
13  2009 MERCEDES-BENZ, MODEL SL550           )
    VIN: WDBSK71F39F142690,                   )
14                                            )
                                              )
15  2006 FERRARI F430                         )
    VIN: ZFFEW58A360149771,                   )
16                                            )
                                              )
17  2008 SUPRA 24 SUNSPORT                    )
    SERIAL NO. ISRSF031A808,                  )
18                                            )
    2008 BOAT MATE TRAILER                    )
19  VIN: 5A7BB242X8T002509,                   )
                                              )
20  2009 HONDA PILOT EX-L                     )
    VIN: 5FNYF485X9B050010,                   )
21                                            )
                  Defendants.                 )

22  

**MOTION FOR ENTRY OF AMENDED CLERK'S DEFAULT AND AMENDED DEFAULT**
23  **JUDGMENT OF FORFEITURE NUNC PRO TUNC AND ORDER**

24        The United States of America ("United States"), by and through its attorneys, Daniel G.

25  Bogden, United States Attorney for the District of Nevada, and Michael A. Humphreys, Assistant

26  United States Attorney, respectfully moves this Court to replace the Clerk's Default (ECF No. 39)

1   and the Default Judgment of Forfeiture (ECF No. 42) with the attached Amended Clerk's Default

2   and the Amended Default Judgment of Forfeiture nunc pro tunc due to a typographical error.

3        On October 16, 2013, a Notice of Filing Service of Process was filed evidencing that on

4   October 5, 2013, Robert Johnson was served with the Complaint, the Orders for Summonses and

5   Warrants, the Summonses and Warrants, and the Notice by regular mail and certified mail return

6   receipt requested. Notice of Filing Service of Process, ECF No. 36.

7        On November 22, 2013, a Notice of Corrected Image/Document was filed replacing the

8   earlier image filed in the Notice of Filing Service of Process (ECF No. 36). Notice of Corrected

9   Image/Document, ECF No. 37.

10       On November 26, 2013, a Clerk's Default was entered defaulting: (1) 2009 MERCEDES-

11  BENZ, MODEL SL550 VIN: WDBSK71F39F142690; 2006 FERRARI F430 VIN:

12  ZFFEW58A360149771; 2008 SUPRA 24 SUNSPORT SERIAL NO. ISRSF031A808; 2008 BOAT

13  MATE TRAILER VIN: 5A7BB242X8T002509; 2009 HONDA PILOT EX-L VIN:

14  5FNYF485X9B050010; (2) Robert Johnson; and (3) all other persons and entities having an interest

15  in the defendant property. Clerk's Default, ECF No. 39.

16       On January 17, 2014, a Default Judgment of Forfeiture was entered against: (1) 2009

17  MERCEDES-BENZ, MODEL SL550 VIN: WDBSK71F39F142690; 2006 FERRARI F430 VIN:

18  ZFFEW58A360149771; 2008 SUPRA 24 SUNSPORT SERIAL NO. ISRSF031A808; 2008 BOAT

19  MATE TRAILER VIN: 5A7BB242X8T002509; 2009 HONDA PILOT EX-L VIN:

20  5FNYF485X9B050010; (2) Robert Johnson; and (3) all other persons and entities having an interest

21  in the defendant property in the above-entitled action. Default Judgment of Forfeiture, ECF No. 42.

22       On September 12, 2014, the United States filed a Supplemental Notice of Filing Service of

23  Process for Robert Johnson and Guaranteed Loans, LLC. Supplemental Notice of Filing Service of

24  Process for Robert Johnson and Guaranteed Loans, LLC, ECF No. 43.

25       Robert Johnson is the manager and member of a business titled Guaranteed Loans, LLC

26  (Supplemental Notice of Filing Service of Process for Robert Johnson and Guaranteed Loans, LLC,

2

ECF No. 43-2, p. 1-3). Because of a typographical error Guaranteed Loans, LLC was not listed on the Clerk's Default or the Default Judgment of Forfeiture. Since Robert Johnson is the listed manager and member of Guaranteed Loans, LLC, the company was served on October 5, 2013, via Robert Johnson, with the Complaint, the Orders for Summonses and Warrants, the Summonses and Warrants, and the Notice by regular mail and certified mail return receipt requested.

Based on the foregoing, this Court should replace the Clerk's Default (ECF No. 39) and the Default Judgment of Forfeiture (ECF No. 42) with the Amended Clerk's Default and Amended Default Judgment of Forfeiture nunc pro tunc, where the government failed to type in Guaranteed Loans, LLC.

There are no changes in the nunc pro tunc Amended Clerk's Default except "Robert Johnson" is changed to "Robert Johnson and Guaranteed Loans, LLC".

The minor changes in the nunc pro tunc Amended Default Judgment of Forfeiture are the following:

A.   On page 3, lines 8 and 9, and page 4, lines 12-13, of the Amended Default Judgment of Forfeiture, "Robert Johnson" is changed to "Robert Johnson and Guaranteed Loans, LLC";

B.   On page 3, lines 9 and 10, of the Amended Default Judgment of Forfeiture "Robert Johnson is the manager and member of Guaranteed Loans, LLC" is added; and

C.   On page 3, lines 23-26, and page 4, lines 1-2, of the Amended Default Judgment of Forfeiture, the following paragraph is added: "On September 12, 2014, a Supplemental Notice of Filing Service of Process for Robert Johnson and Guaranteed Loans, LLC was filed evidencing that on October 5, 2013, the Complaint, the Orders for Summonses and Warrants, the Summonses and Warrants of Arrest in Rem for the Property, and the Notice were served on Robert Johnson and Guaranteed Loans, LLC by regular mail and certified

3

1    mail return receipt requested. Supplemental Notice of Filing Service of

2    Process for Robert Johnson and Guaranteed Loans, LLC, ECF No. 43".

3    Based on the foregoing, this Court should replace the Clerk's Default (ECF No. 39) and the

4    Default Judgment of Forfeiture (ECF No. 42) with the Amended Clerk's Default and the Amended

5    Default Judgment of Forfeiture nunc pro tunc.

6    DATED this 12th day of September, 2014.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Michael A. Humphreys*
MICHAEL A. HUMPHREYS
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____9/15/14_____